**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ATRIA HOLDINGS, S.A.,

       Plaintiff,

v.                                                                          Case No:   6:25-cv-462-JA-LHP

GOLDEN FLORIDA TRADE LLC,
JBWS ENTERPRISE LLC and JAIME
JIMENEZ,

       Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion for Judicial Default.   Doc. No. 42.   On review, the motion is **DENIED without prejudice**, for failure to comply with Local Rules 3.01(g) and 3.01(b).   Any renewed motion must comply in full with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record