# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ATRIA HOLDINGS, S.A.,

       Plaintiff,

v.                              Case No:   6:25-cv-462-JA-LHP

GOLDEN FLORIDA TRADE LLC,
JBWS ENTERPRISE LLC and JAIME
JIMENEZ,

       Defendants

---

## ORDER

Before the Court is Plaintiff's Motion to Compel Deposition Dates. Doc. No. 48. The Court does not require a response from Defendants at this time. On review, the motion (Doc. No. 48) will be **DENIED without prejudice**.

As an initial matter, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b). Relatedly, the motion fails to demonstrate that the relief sought is necessary and/or appropriate. Plaintiff contends that Defendants have failed, through their counsel, to provide dates for their depositions prior to the June 5, 2026 discovery deadline. Doc. No. 48; *see also* Doc. No. 47. But the Court refers Plaintiff to the Middle District of Discovery Handbook, which provides: "An attorney is expected to accommodate the

schedules of opposing counsel.  In doing so, the attorney should normally pre-arrange a deposition with opposing counsel before serving the notice.   If this is not possible, counsel may unilaterally notice the deposition . . . ."   Middle District Discovery (2021) § (II)(A)(1).   Thus, if the parties cannot work together to schedule deposition dates, the appropriate avenue is to unilaterally notice the depositions. *See id.*

     **DONE** and **ORDERED** in Orlando, Florida on May 15, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -